UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVON STEWART, | No. 2:17-cv-413-EFB P |
| Petitioner, | |
| v. | ORDER |
| SPEARMAN, | |
| Respondent. | |

Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. He is incarcerated at High Desert State Prison, in Lassen County, which lies in this district. However, petitioner attacks a conviction imposed by the San Bernardino County Superior Court, which lies in the United States District Court for the Central District of California. While both this court and the United States District Court in the district where petitioner was convicted have jurisdiction, *see Braden v. 30th Judicial Circuit Court*, 410 U.S. 484 (1973), any and all witnesses and evidence necessary for the resolution of petitioner's application are more readily available in the county of conviction. *Id.* at 499 n.15; 28 U.S.C. § 2241(d).

/////

/////

/////

1    Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that this matter is
2    transferred to the Eastern Division of the United States District Court for the Central District of
3    California.
4    DATED: February 27, 2017.

　　　　　　　　　　　　　　　　　　　　　*[signature]*
　　　　　　　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

2